STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES FILED DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 1996

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARLENO MORENO INOCENCIO,<br><br>Defendant. | CR. NO. 96 00221 ACK<br><br>INDICTMENT<br><br>[18 U.S.C. §§ 1015; 1425(b)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about November 6, 1992, in the District of Hawaii, the Defendant, ARLENO MORENO INOCENCIO, knowingly procured, applied for, and obtained Naturalization to which she was not entitled, in violation of Title 18, United States Code, Section 1425(b).

## COUNT 2

The Grand Jury further charges:

On or about August 1, 1992, in the District of Hawaii, the Defendant, ARLENO MORENO INOCENCIO, knowingly made a false statement under oath in a case, proceeding, and matter relating to naturalization in that the defendant stated on her INS Form N-400, Application to file Petition for Naturalization, that she had been married only one time to Daniel Robinson, a United States citizen, when in fact, as the Defendant knew, she had been previously married to Eduardo Elduayan on September 5, 1983 and Armand Estiamba on September 2, 1988, a statement which was material in that it revealed that her initial entry into the United States was unlawful, in violation of Title 18, United States Code, Section 1015.

## COUNT 3

The Grand Jury further charges:

On or about October 19, 1992, in the District of Hawaii, the Defendant, ARLENO MORENO INOCENCIO, knowingly made a false statement under oath in a case, proceeding, and matter relating to naturalization in that he stated to an INS examiner that she had been married only one time to Daniel Robinson, a United States citizen, when in fact, as the Defendant knew, she had been previously married to Eduardo Elduayan on September 5, 1983 and Armand Estiamba on September 2, 1988, a statement which was material in that it revealed that her initial entry into the

United States was unlawful, in violation of Title 18, United States Code, Section 1015.

DATED: _FEBRUARY 22_, 1996, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY


STEVEN S. ALM
United States Attorney
District of Hawaii


ELLIOT ENOKI
First Assistant U.S. Attorney


OMER G. POIRIER
Assistant U.S. Attorney


USA v. ARLENO MORENO INCENCIO
Cr. No. _____
"Indictment"

3